IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR CHARLOTTE COUNTY, FLORIDA

LMA 3335 LLC,

    Plaintiff,

vs.                                                      CASE NO.:

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

    Defendant.
_____/

## COMPLAINT

**COME NOW** the Plaintiff, LMA 3335 LLC ("Plaintiff"), by and through the undersigned counsel, and hereby sue the Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, and as grounds therefor state as follows:

### GENERAL ALLEGATIONS

1. This is an action for damages exceeding Fifty Thousand and 00/100 Dollars ($50,000.00), exclusive of interest, attorneys' fees and costs.

2. At all times material hereto, Plaintiff was and is the owner of real property located at 3335 Tamiami Trail, Port Charlotte, Charlotte county, FL 33952.

3. Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, is a Florida corporation duly authorized to conduct business in Charlotte County, Florida.

4. Plaintiff purchased a policy of Commercial insurance, Policy No. FSF16439368001 (the "Policy") from WESTCHESTER SURPLUS LINES INSURANCE COMPANY. A copy of the Policy as it exists in Plaintiff's possession is attached hereto marked "Exhibit A".

5. Plaintiff paid all premiums on the Policy and the Policy was in full and continuing force and effect at all relevant times herein.

6. On or about September 28, 2022, Plaintiff suffered damage to their property.

7. The damage to Plaintiff's property is due to a windstorm, therefore, a covered peril under the policy.

8. Plaintiff made application for insurance benefits under the policy, under Claim No. KY22K2918905.

9. Defendant/Insurer, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, partially denied coverage for this loss, stating that some items were damaged by wear, tear, and deterioration.  See letter attached hereto marked "Exhibit B".

10. The pre suit notice requirement pursuant to Fla. Stat. § 627.70152 was complied with and a copy of the Notice was provided to Plaintiff.  All conditions precedent to obtaining payment of said benefits under the policy from Defendant/Insurer, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, have been complied with, met, or waived.

**COUNT I**
**Breach of Contract**

11. The Plaintiff realleges and incorporates paragraphs one (1) though ten (10) as though fully set forth herein.

12. WESTCHESTER SURPLUS LINES INSURANCE COMPANY has a duty to indemnify the Plaintiff in the event of a covered cause of loss during the policy period.

13. WESTCHESTER SURPLUS LINES INSURANCE COMPANY has breached the Policy of insurance by failing to pay the benefits due and owing under the Policy for a covered cause of loss during the policy period.

14. WESTCHESTER SURPLUS LINES INSURANCE COMPANY's breach of the Policy of insurance by failing to pay the benefits due and owing under the Policy has proximately caused damage to the Plaintiff.

15. The Plaintiff has been damaged by failing to receive the benefits available under the Policy for the loss.

16. The Plaintiff is entitled to the full cost of repair of the damage to the property, including but not limited to, repair to the structure, emergency repairs and all other coverages afforded by the policy for this loss.

17. Because of WESTCHESTER SURPLUS LINES INSURANCE COMPANY's refusal to pay the losses sustained by the Plaintiff, the Plaintiff has retained the services of the undersigned attorney and are obligated to pay a reasonable fee for her services. The Plaintiff is entitled to attorney's fees pursuant to § 627.428 Florida Statutes.

18. Defendant/Insurer, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, owes prejudgment interest, expert fees and costs, attorney's fees and costs, the costs of necessary repairs to the property and all other coverages afforded by the policy for this loss.

**WHEREFORE,** Plaintiff, LMA 3335 LLC, demand a judgment against the Defendant/Insurer, WESTCHESTER SURPLUS LINES INSURANCE COMPANY for:

   a. All damages to which Plaintiffs are entitled, including all benefits available under the Policy;

   b. Pre-judgment interest;

   c. Court costs, expert fees and costs, and attorneys' fees pursuant to Section 627.428, Florida Statutes and Section 627.70152, Florida Statutes; and

   d. Trial by jury of all issues so triable as a matter of right.

3

Dated: June 19, 2023

                **ROSS LEGAL GROUP, P.A.**

                _____
                VANESSA ROSS, ESQUIRE
                Florida Bar No. 28356
                vross@rosslegalfl.com
                Ross Legal Group
                1800 2nd Street, Suite 892
                Sarasota, FL  34236
                Telephone: (941) 275-1998
                Attorney for Plaintiff
                eservice@rosslegalfl.com